**No. 56125.**—Stoffel & Co., Inc. *v.* United States, protest 164355–K (New York).

Opinion by FORD, J.   The protest was dismissed.